# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

EARTHBOUND CORPORATION, *et al.*,

    Plaintiffs,

v.

MITEK USA, INC.,

    Defendant.

CASE NO. C16-1150 RSM

MINUTE ORDER

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On August 19, 2016, the Court granted a temporary restraining order in this matter, and directed Plaintiff Earthbound to deposit a bond in the amount of $1,000 into the Court's registry. Dkt. #46. Those funds were subsequently deposited. Dkt. #48. On September 26, 2016, this matter was transferred to the Central District of California. Dkt. #63. However, Plaintiff's funds remain deposited in this Court.

Accordingly, Plaintiff is directed to file a Status Report no later than **August 10, 2017**, advising whether the Court should continue to hold the bond funds. Should Plaintiff request that the funds be withdrawn, transferred or otherwise distributed, Plaintiff shall make such a request by motion with the Court.

ORDER
PAGE - 1

DATED this 3rd day of August, 2017.

                                        WILLIAM McCOOL, Clerk

                              By:     /s/ Rhonda Stiles
                                        Deputy Clerk