IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EARTHBOUND CORPORATION, a Washington corporation; and INTACT STRUCTURAL SUPPLY, LLC, a Washington corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>MITEK USA, INC., a Missouri corporation; KEN KEYSE, an individual, and the MARITAL COMMUNITY OF KEN AND CINDY KEYSE, JAMES MILLER, an individual, and the MARITAL COMMUNITY OF JAMES MILLER AND LINDA MILLER, and JASON BIRDWELL, an individual, and the MARITAL COMMUNITY OF JASON BIRDWELL AND LACHELLE BIRDWELL<br><br>Defendants. | Case No. 2:16-cv-1150<br><br>ORDER GRANTING MOTION TO DISBURSE FUNDS HELD IN COURT REGISTRY |

On August 18, 2017, Plaintiffs Earthbound Corporation's and Intact Structural Supply LLC's Motion to Disburse Funds Held came before the Court. The Court ORDERS that the motion is hereby GRANTED as follows:

1) the clerk is authorized and directed to draw a check(s) on the funds deposited in the registry of this court in the principal amount of $1,000.00 plus all accrued interest, minus any statutory users fees, payable to Plaintiffs' counsel Sebris Busto James and mail or

ORDER GRANTING MOTION TO DISBURSE REGISTRY FUNDS HELD - 1

deliver the check(s) to Sebris Busto James, 14205 SE 36th St., Suite 325, Bellevue, Washington 98006. Sebris Busto James' Tax ID No. is 91-1637734.

DATED this 18th day of August, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

SEBRIS BUSTO JAMES

/s/ Jeff James
/s/ Jillian Barron
/s/ Darren A. Feider
Jeffrey A. James, WSBA #18277
Jillian Barron, WSBA #17964
Darren A. Feider, WSBA #22340
14205 S.E. 36th Street, Suite 325
Bellevue, Washington 98006
Emails: jaj@sebrisbusto.com
 jbarron@sebrisbusto.com
dfeider@sebrisbusto.com
Tel: 425-454-4233 / Fax: 425-453-9005
Attorneys for Plaintiffs

ORDER GRANTING MOTION TO DISBURSE REGISTRY FUNDS HELD - 2